UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

LEO F. SCHWEITZER, III,  :
:
    Petitioner  :
:
v.  : CIVIL NO. 3:CV-05-2042
:
UNITED STATES, ET AL.,  : (Judge Kosik)
:
    Respondents  :

## O R D E R

**NOW, THIS 7th DAY OF NOVEMBER, 2005, IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus and attached exhibits (Doc. 1) and this order by certified mail on Respondents and the United States Attorney.

2. Within twenty (20) days of the date of this Order, Respondents shall respond to the allegations in the petition.

3. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

4. Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing.

                                                  s/Edwin M. Kosik
                                         United States District Judge