UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEO F. SCHWEITZER, III, | : |
| | : |
| Petitioner | : |
| | : |
| v. | : CIVIL NO. 3:CV-05-2042 |
| | : |
| UNITED STATES, ET AL., | : (Judge Kosik) |
| | : |
| Respondents | : |

# O R D E R

**NOW, THIS 10th DAY OF JANUARY, 2006, IT IS HEREBY ORDERED THAT**

Petitioner's filing of January 9, 2006 (Doc. 20), will be construed as a motion for enlargement of time within which to file a traverse in this action and is **granted**. Petitioner may file his traverse within fifteen (15) days from the date of this Order.

                                                  s/Edwin M. Kosik
                                                  United States District Judge